1  AARON D. FORD
Attorney General
2  CAMERON P. VANDENBERG
Chief Deputy Attorney General
3  NV Bar No. 4356
State of Nevada
4  Office of the Attorney General
5420 Kietzke Lane, Suite 202
5  Reno, Nevada 89511
Telephone: (775) 687-2132
6  Facsimile: (775) 688-1822
cvandenberg@ag.nv.gov
7

8  *Attorneys for Defendants, State of Nevada*
*ex rel. Department of Health and Human*
9  *Services, Division of Public and Behavioral Health*

10             **IN THE UNITED STATES DISTRICT COURT**

11                      **DISTRICT OF NEVADA**

12  MICHAEL MEIER,                    )        Case No.   3:24-cv-00549-CSD
                                      )
13        Plaintiff,                  )        **STIPULATION FOR DISMISSAL**
                                      )              **WITH PREJUDICE**
14  vs.                               )
                                      )
15  STATE OF NEVADA, *ex rel.* DEPT. OF )
    HEALTH & HUMAN SERVICES, DIVISION )
16  OF PUBLIC AND BEHAVIORAL HEALTH,  )
                                      )
17        Defendants.                 )
                                      )
18  _____  )

19        IT IS HEREBY STIPULATED by and between the parties herein, through their respective

20  counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and all parties

21  herein are dismissed with prejudice.

22  . . . .

23  . . . .

24  . . . .

25  . . . .

26  . . . .

27  . . . .

28  . . . .

1    Each party will bear its own costs and attorney's fees. All appearing parties have signed this

2  Stipulation and there are no remaining claims or parties. No trial date has been set in this case.

3    APPROVED AS TO FORM AND CONTENT this 16th day of July, 2025.

4                                          AARON D. FORD
                                           Attorney General
5

6                                          By:   */s/ Cameron P. Vandenberg*
                                                 CAMERON P. VANDENBERG
7                                                Chief Deputy Attorney General

8                                                *Attorneys for Defendants*

9  LAW OFFICE OF MARK MAUSERT

10

11                                         By:   */s/ Mark Mausert*
                                                 MARK MAUSERT, ESQ.
12                                               SEAN MCDOWELL

13                                               *Attorneys for Plaintiff*

14

15                                 **ORDER**

16    IT IS SO ORDERED.

17

18                                         DATED:      July 16, 2025

19

20                                         _____
                                           UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28